PRAECIPE FOR WARRANT



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                              CRIMINAL NO. 1:14cr67HSO-RHW

EMMA JEAN RAINE
(wherever found)

The Clerk of this Court will issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled cause on the 7th day of October, 2014.

This the 7th day of October, 2014.

GREGORY K. DAVIS
United States Attorney

By: Ruth R. Morgan
Ruth R. Morgan
Assistant U.S. Attorney
MSB # 1996

Warrant issued:_____

IRS/RRM